**7**

Domenico DUMBRA, Plaintiff in Error, v. UNITED STATES, Defendant in Error. (Circuit Court of Appeals, Second Circuit. Decem-

ber 19, 1924.) No. 110. In Error to the District Court of the United States for the Southern District of New York. Charles F. Murphy, of New York City (Stanleigh P. Friedman, of New York City, of counsel), for plaintiff in error. William Hayward, U. S. Atty., of New York City, and Elmer H. Lemon, Sp. Asst. U. S. Atty., of Middletown, N. Y. Before HOUGH and MANTON, Circuit Judges, and LEARNED HAND, District Judge.

PER CURIAM. Judgment affirmed.